# In the United States District Court
# For the Middle District of Alabama

2008 MAR 28  A 9:44   2:08cv230-W

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, __Roy Lee McAteer__

declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  Yes ( )  No (✓)

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
    __2005 about 12-1400⁰⁰ Month__

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of self-employment?  Yes ( )  No (✓)
    b. Rent payments, interest or dividends?  Yes ( )  No (✓)
    c. Pensions, annuities or life insurance payments?  Yes ( )  No (✓)
    d. Gifts or inheritancess?  Yes ( )  No (✓)
    e. Any other sources?  Yes ( )  No (✓)

    If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____

3. Do you own cash, or do you have money in a checking or savings account?

    Yes ( )  No (✓)   (Include any funds in prison accounts.)

    If the answer is "Yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( )    No (✓)

   If the answer is "yes," describe the poroperty and state its approximate value.

   _____
   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____ None _____
   _____
   _____
   _____

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

                                      Executed on  3 - 19 - 08
                                                      (date)

                                      Roy McAbor 147346
                                      Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 0 on account to his credit at the Bibb Correctional Facility institution where he is confined on this 3/19/08
                                                      (date)

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.)

1. $ 0 on the 1st day of Oct 2007
2. $ 0 on the 1st day of Nov 2007
3. $ 0 on the 1st day of Dec 2007
4. $ 0 on the 1st day of Jan 2008
5. $ 0 on the 1st day of Feb 2008
6. $ 0 on the 1st day of Mar 2008

_____
_____
_____

                              Cynthia Stewart  Account Clerk
                              Authorized Officer of Institution

```
MAR. 19, 2008            USER: STEWART, CYNTHIA                    INMADB
                    COMPUTE AVERAGE DAILY BALANCE




         ENTER THE INMATE'S AIS NUMBER ===>    147346

         ENTER THE 'AS OF' DATE (CCYYMMDD) ===>    20080319


            NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                     PRESS ENTER TO CONTINUE

 MAR. 19, 2008            USER: STEWART, CYNTHIA                    INMACI
       INMATE ACCOUNT INFORMATION FROM OCT. 01, 2007 THRU MAR. 19, 2008

    AIS#:   147346    NAME: MCATEER, ROY LEE         CURRENT BAL:      $0.00

 DATE OF      PREVIOUS    TRANS.   NAME OF            TYPE OF    TRANS.      AMOUNT
 TRANS.       BALANCE     NUMBER   SENDER/PAYEE       TRANS.     AMOUNT      DEDUCTED
 ------------------------------------------------------------------------------------
                     END OF DATA ON MCATEER, ROY LEE




                     PRESS ENTER TO CONTINUE
```