| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Albert B. Coleman* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  4/30/08 |
| 1. Article Addressed to:<br><br>Clerk of Court<br>Alabama Northern District Court<br>140 Hugo L. Black U. S. Courthouse<br>1729 Fifth Avenue North<br>Birmingham, AL 35203-2000 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>2:08CV230<br>entire file |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from s  7007 2680 0003 1842 2668 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540